IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAWRENCE COLON,

    PLAINTIFF,

v.

KARRY DODSON, State Trooper, and
TIMOTHY TRENSCHEL, ATF,,

    DEFENDANTS.

No. 3:10-CV-2351

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this 27th day of February, 2012, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. 44) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 44) is **ADOPTED.**

(2) Defendant Trenschel's Motion to Dismiss the Plaintiff's Amended Complaint (Doc. 23) is **GRANTED.**

(3) Defendant Dodson's Motion to Dismiss the Plaintiff's Amended Complaint (Doc. 24) is **GRANTED.**

(4) This clerk of court is directed to mark this case **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge