IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE COLON, | |
| PLAINTIFF, | No. 3:10-CV-2351 |
| v. | (JUDGE CAPUTO) |
| KARRY DODSON, State Trooper, and TIMOTHY TRENSCHEL, ATF,, | (MAGISTRATE JUDGE MANNION) |
| DEFENDANTS. | |

## ORDER

**NOW** this 27th day of February, 2012, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. 44) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 44) is **ADOPTED.**

(2) Defendant Trenschel's Motion to Dismiss the Plaintiff's Amended Complaint (Doc. 23) is **GRANTED.**

(3) Defendant Dodson's Motion to Dismiss the Plaintiff's Amended Complaint (Doc. 24) is **GRANTED.**

(4) This clerk of court is directed to mark this case **CLOSED.**

_____
A. Richard Caputo
United States District Judge